UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TERRY WHITE** | **CIVIL ACTION NO. 6:22-cv-05627** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN BANKERS INSURANCE CO OF FLORIDA** | **MAG. JUDGE KATHLEEN KAY** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 17] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff Terry White's failure to prosecute and abide by the orders of this Court.

**IT IS FURTHER ORDERED** that this case may be reinstated with thirty (30) days for good cause shown, per W. D. La. Loc. Civ. R. 41.3, with any such showing be made in writing and filed into the record of this matter no later than January 26, 2024.

**MONROE, LOUISIANA**, this the 27th day of December 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**